IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHONTERRA HOYE**                                                                 **PLAINTIFF**

**V.**                                                             **CAUSE NO. 3:20-CV-615-CWR-FKB**

**LOFTON SECURITY SERVICE, INC.**                                    **DEFENDANT**

**ORDER**

On March 5 and April 22, 2021, the Magistrate Judge entered Orders requiring plaintiff Shonterra Hoye to notify the Court as to whether Hoye intended to hire counsel or proceed in this action *pro se*. Docket Nos. 17 & 20. The second Order provided a June 1 deadline and concluded, "failure to submit a written response in accordance with this order will result in dismissal of this action." Docket No. 20. June 1, however, came and went without any response.

The Court cannot adjudicate a case without the plaintiff's active participation. Given the Magistrate Judge's Orders and the lack of a response, it is appropriate to dismiss this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–33 (1962). A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 6th day of July, 2021.

                                                             s/ Carlton W. Reeves
                                                             UNITED STATES DISTRICT JUDGE