# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SHONTERRA HOYE**                                                    **PLAINTIFF**

**V.**                              **CAUSE NO. 3:20-CV-615-CWR-FKB**

**LOFTON SECURITY SERVICE, INC.**                           **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 21, this case is dismissed without prejudice for failure to prosecute.

**SO ORDERED**, this the 6th day of July, 2021.

                                                        s/ Carlton W. Reeves
                                                        UNITED STATES DISTRICT JUDGE